JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| DEAN HIMBLER AVILES-ROTHCHILD<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA R. EWALD<br><br><br><br>Defendant. | Case No. CV 19-02705 AG (JPRx)<br><br>**JUDGMENT** |

The Court enters Judgment against Plaintiff in favor of Defendant.

Dated June 13, 2019

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT